

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

No. 04-19-00756-CR

Teanna Danielle **SAN NICOLAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9270C
Honorable Jefferson Moore, Judge Presiding

# O R D E R

On November 20, 2019, we abated this case to the trial court and ordered the trial court to enter a new judgment reflecting that appellant's sentence was pronounced in her presence. On December 3, 2019, the district clerk filed a supplemental clerk's record containing the new judgment. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. Appellant's brief must be filed in this court no later than thirty (30) days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court